Celia Lifshutz, Suing on Behalf of Community Water Service Company for Herself and Other Stockholders Similarly Situated, Appellant, *v.* John C. Adams et al., Defendants, and Gilbert W. Chapman et al., Defendants-Respondents.

Argued February 23, 1943; decided April 8, 1943.

*Louis Boehm* and *Bernard D. Fischman* for appellant.

*Frank J. Berberich* and *Frank T. Cotter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.